United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO M. RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>RIGHT-AWAY MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK MELON, As Successor Indenture Trustee Under Novastar Mortgage Funding Trust, Series 2006-1 by Saxon Mortgage Services, Inc., NOVASTAR MORTGAGE, INC., and SAXON MORTGAGE SERVICES, INC.,<br><br>  Defendants.<br>_____/ | No. C 11-01839 WHA<br><br>**ORDER TO SHOW CAUSE** |

Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendants re-noticed their previously-filed motion to dismiss plaintiff's complaint for a hearing on July 7, 2011 (Dkt. No. 16). Pursuant to the version of Civil Local Rule 7-3 that was in effect when the motion was filed, any brief in opposition to defendants' motion was due on June 16, 2011, but no such opposition has been received. <u>Plaintiff Alejandro M. Ramirez is ordered to respond by **JULY 8, 2011**, and show cause for his failure to respond to the motion.</u> This order to show cause does not constitute permission to file a late opposition. The hearing on July 7, 2011,

is **VACATED**.  A new hearing shall be noticed by the Court if necessary.  If plaintiff does not respond by July 8, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE