United States District Court
For the Northern District of California

|  |  |
|---|---|
| ALEJANDRO M. RAMIREZ,<br><br>       Plaintiff,<br><br>  v.<br><br>RIGHT-AWAY MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK MELON, As Successor Indenture Trustee Under Novastar Mortgage Funding Trust, Series 2006-1 by Saxon Mortgage Services, Inc., NOVASTAR MORTGAGE, INC., and SAXON MORTGAGE SERVICES, INC.,<br><br>       Defendants.<br>                                                                          / | No. C 11-01839 WHA<br><br>**ORDER GRANTING PLAINTIFF NEW OPPORTUNITY TO OPPOSE DEFENDANTS' MOTION TO DISMISS** |

       Defendants are moving to dismiss plaintiff's complaint. Plaintiff, proceeding *pro se*, failed to oppose defendants' motion, and an order to show cause issued that called for plaintiff to respond by July 8 and show cause for his failure to respond to the motion.

       Plaintiff responded in a submission filed on July 11, in which he apologizes for failing to meet his deadline and states that he has been "stressed out, and made a mistake, and was so confused that [he] failed to file on time."

       These reasons do not justify missing deadlines. Nevertheless, it is encouraging that plaintiff states he "ha[s] been working hard to learn correct procedure." Plaintiff will be given until **NOON ON AUGUST 1, 2011**, to file his opposition. If plaintiff does not file his opposition by August 1, this case will be dismissed for failure to prosecute. If plaintiff files a timely opposition, defendants may reply by **NOON ON AUGUST 8**.

\*              \*              \*

Plaintiff should be aware that there is free legal assistance available to litigants without lawyers in federal court. This service — called the Legal Help Center — is available to anyone who is representing him- or herself in a civil lawsuit (or is considering filing a civil lawsuit) in the San Francisco or Oakland divisions of the United States District Court for the Northern District of California. The Legal Help Center is located in the federal courthouse in San Francisco: 450 Golden Gate Avenue, 15th Floor, Room 2796. Assistance is provided by appointment only, and appointments are held in person at the Legal Help Center. A litigant may schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-9000 x8657. Plaintiff is encouraged to seek assistance from the Legal Help Center in opposing the motion to dismiss.

**IT IS SO ORDERED.**

Dated: July 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE