IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO M. RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>RIGHT-AWAY MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK MELON, As Successor Indenture Trustee Under Novastar Mortgage Funding Trust, Series 2006-1 by Saxon Mortgage Services, Inc., NOVASTAR MORTGAGE, INC., and SAXON MORTGAGE SERVICES, INC.,<br><br>    Defendants. | No. C 11-01839 WHA<br><br>**NOTICE TO CLERK TO CLOSE CASE** |

On August 11, 2011, an order granted defendants' motion to dismiss. It stated that plaintiff may move for leave to file an amended complaint within twenty-one calendar days of the date of the order and that "[i]f plaintiff does not file such motion, this case will be closed." No motion was filed by the deadline. Therefore, **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: September 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE